UNITED STATES DISTRICT COURT

OF THE DISTRICT OF COLUMBIA

FILED

SEP 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

\* \* \* \* \* \* \* \* \* \* \*

Joel Caston # 06019-007

   Plaintiff, USP Lee County

  - against - POB 305
Jonesville, VA 24263

James Butler, Nicole Flippen

Anthony Andolino, sued in

their individual and official

capacities

   Defendants.

\* \* \* \* \* \* \* \* \* \* \*

Case: 1:08-cv-01656
Assigned To : Bates, John D.
Assign. Date : 9/29/2008
Description: Pro Se Gen. Civil

This is a civil lawsuit filed by Joel Caston, a federal prisoner, for breach of contract, malpractice, fraud, attorney abandonment, case neglect, and other intention conduct.  Exh. 1

1. The plaintiff, Joel Caston, was incarcerated at USP Lee County, Po Box 305, Jonesville, Va 24263 during the events described in this complaint, and have kept detail record to support the allegations presented.

2. Defendants James Butler, Nicole Flippen, Anthony Andolino are and/or were private attorneys at Butler Legal Group PLLP at 818 18th Street N.W., Suite 630, Washington, D.C. 20006.

**RECEIVED**

AUG 2 5 2008

Clerk, U.S. District and
Bankruptcy Courts

1

3. Defendant James Butler accepted a flat retainer fee of $5,000.00 on August 07, 2006 to represent the plaintiff in a post-conviction criminal case. Exh. 2

4. Defendant Anthony Andolino via telephone conference informed the plaintiff that in order to commence the investigation process an sworn affidavit had to be submitted; however, when the plaintiff questioned the defendant's rational the defendant proceeded to revile the plaintiff and threaten to close the plaintiff's case file.

5. On February 14, 2007, defendant James Butler mailed a letter to the plaintiff in response the the plaintiff's conversation with defendant Anthony Andolino stating, "...I have no desire to see the family waste its money, and the family may come to my office and pick-up their flat retainer, in full along with your records." Exh. 3

6. The plaintiff complied to the Butler Legal Group request to submit an affidavit and defendant Nicole Flippen was assigned as lead attorney in the case.

7. On July 20, 2007 defendant Nicole Flippen wrote the plaintiff confirming her interest in the plaintiff case. Exh. 4

8. On August 10, 2007 defendant Nicole Flippen wrote the plaintiff a letter to inform him of her resignation from the Butler legal group and that defendant James Butler will be the lead attorney. Exh. 5

9. Despondent by the amount of time it was taking to receive a case evaluation, on October 27, 2007 the plaintiff contacted defendant James Butler via telephone conference when defendant James Butler informed the plaintiff that due to unscrupulous behavior and allegations of embezzlement by defendant Anthony Andolino the Butler Legal Group has been placed under FBI investigation and the plaintiff's case load simply fell through the cracks in the midst of the mayhem.

10. Sympathetic to defendant James Butler's dilemma and willing to move forward the plaintiff accepted a verbal and written agreement to proceed further with defendant James Butler under the agreement that within thirty days the plaintiff will received a case evaluation.

11. On February 5, 2008 defendant James Butler served the plaintiff a written notice confirming the verbal agreement that was reached on the phone declaaring that the plaintiff will have received a completed draft in thirty days' time. Exh. 6

12. On March 20th and the 31st 2008, the plaintiff mailed defendant James Butler two letters respectively pleading with him to cease all business relations and to return the flat retainer fee. Exh. 7 & 8

13. From April through June 2008 the plaintiff made several phone calls and spoke with various secretaries at the Butler Legal Group desperately trying to arrange the best way to receive the flat retainer fee.

14. In the month of June Mrs. Mattie Caston-Foust, the mother of the plaintiff went to the Butler Legal Group to obtain the flat retainer fee and all legal paper work. Mrs. Mattie Caston-Foust retrieve the paperwork but was given many different excuse about the retainer.

15. On Tuesday, June 24, 2008 at approximately 11:30am the plaintiff spoke with defendant James Butler and was told that after seven days he would receive a refund.

16. On June 26, 2008 the plaintiff wrote a follow-up letter to defendant James Butler asking him to mail the refund check to Mattie Caston-Foust at 6306 Summerhill Road Camp Spring, MD 20748. Exh. 9

WHEREFORE, plaintiff requests that the court grant the following relief:

A. Issue a declaratory judgment stating that defendant James Butler refund the flat retainer fee in the amount of $5,000.00

B. Award compensatory damages in the amounts:

1. $100,000.00 jointly and severally against defendants Butler, Flippen, and Andolino for breach of contract and case abandonment and neglect.

2. $50,000.00 against defendant Anthony Andolino for embezzlement and fraud.

C. Award punitive damages in the following amount:

$1,000 each against defendants Butler, Flippen, and Andolino.

D. Grant such other relief as it may appear that plaintiff is entitled.

July 29, 2008

*[signature]*

Respectfully submitted,

Joel Caston 06019-007

USP Lee Count
Po Box 305
Jonesville, VA 24263