# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOEL CASTON,<br><br>    Plaintiff,<br><br>        v.<br><br>JAMES BUTLER, *et al.*,<br><br>    Defendants. | Civil Action No.  08-1656  (JDB) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, absent a showing by plaintiff of an entitlement to an award of further compensatory damages, all issues presented in this action have been resolved.

Accordingly, it is hereby

ORDERED that this civil action is DISMISSED.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

DATE:  August 19, 2010

                                    /s/
JOHN D. BATES
United States District Judge